IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHANDA JACKSON ON BEHALF OF, § <br> MINOR CHILD JANE DOE, § <br> TATIAWNA JORDAN ON BEHALF § <br> MINOR CHILD JOHN DOE § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> CLEAR CREEK INDEPENDENT § <br> SCHOOL DISTRICT § <br> § <br> Defendant. § | C.A. NO. 3:22-cv-00271 <br> Jury Demanded |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorneys hereby enter an appearance as counsel of record for Defendant Clear Creek Independent School District, and are authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the Defendant. Counsel's contact information is as follows:

>Christopher B. Gilbert
>State Bar No. 00787535
>Southern District No. 17283
>Attorney in Charge
>**THOMPSON & HORTON LLP**
>3200 Southwest Freeway, Suite 2000
>Houston, Texas 77027
>Telephone: (713) 554-6744
>Facsimile: (713) 583-7698
>cgilbert@thompsonhorton.com

>Ryan H. Newman
>State Bar No. 24059944
>Southern District No. 988075
>**THOMPSON & HORTON LLP**
>3200 Southwest Freeway, Suite 2000
>Houston, Texas 77027

Telephone: (713) 554-6767
Facsimile:  (713) 583-8884
rnewman@thompsonhorton.com

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:   /s/ Christopher B. Gilbert
     Christopher B. Gilbert
     State Bar No. 00787535
     Southern District No. 17283
     Ryan H. Newman
     State Bar No. 24059944
     Southern District No. 988075

Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
Telephone:    (713) 554-6744
Fax:             (713) 583-7698
cgilbert@thompsonhorton.com

Attorneys for Defendant Clear Creek Independent School District

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record through the Court's electronic filing system, on September 2, 2022:

        Mr. Todd E. Webb
        The Law Office of Todd E. Webb
        4101 Greenbriar Suite 122E
        Houston, Texas 77098
        ***Attorney for the Plaintiffs***

         /s/ Christopher B. Gilbert
        Christopher B. Gilbert