United States District Court
Southern District of Texas
**ENTERED**
October 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHANDA JACKSON ON BEHALF OF MINOR CHILD JANE DOE, TATIAWNA JORDAN ON BEHALF MINOR CHILD JOHN DOE <br><br> V. <br><br> CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | No. 3:22-cv-271 |

## ORDER

Before the court is the plaintiffs' motion to extend the deadline to file a response. Dkt. 7. That motion is granted. The deadline for the plaintiffs to file their response to the motion to dismiss is November 8, 2022.

Signed on Galveston Island this 27th day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE