UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
GALVESTON DIVISION

| | | |
|---|---|---|
| CHANDRA JACKSON ON BEHALF OF | § | |
| MINOR CHILD JANE DOE, | § | |
| TATIAWNA JORDAN ON BEHALF OF | § | |
| MINOR CHILD JOHN DOE, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | C.A. No. 3:22-cv-00271 |
| | § | |
| CLEAR CREEK INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| *Defendant*. | § | |

## DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Clear Creek Independent School District files this disclosure listing all persons

and entities which have a financial interest in the outcome of this litigation, and which are known

to the Defendant at this time:

1.      Chandra Jackson                                                              ***Plaintiff***
        Minor Child Jane Doe
        address unknown

2.      Tatiawna Jordan                                                             ***Plaintiff***
        Minor Child John Doe
        address unknown

3.      Todd E. Webb                                          ***Attorneys for the Plaintiffs***
        The Law Office of Todd E. Webb
        State Bar No. 24033317
        Federal Admission No. 597748
        4101 Greenbriar Suite 122E
        Houston, Texas 77098
        (713) 529 4400 t
        (713) 529 4401 f
        todd@attorneytoddwebb.com

4.      Clear Creek Independent School District              ***Defendant***
        2425 East Main Street
        League City, Texas 77573
        (281) 284-0000

5.      Christopher B. Gilbert                          ***Attorneys for the Defendant***
        State Bar No. 00787535
        Southern District No. 17283
        cgilbert@thompsonhorton.com
6.      Ryan H. Newman
        State Bar No. 24059944
        Southern District No. 988075
        rnewman@thompsonhorton.com
        **THOMPSON & HORTON LLP**
        3200 Southwest Freeway, Suite 2000
        Houston, Texas 77027
        Telephone: (713) 554-6744
        Facsimile: (713) 583-7698

                                        Respectfully submitted,

                                        **THOMPSON & HORTON LLP**

                                        By:   /s/ Christopher B. Gilbert
                                              Christopher B. Gilbert
                                              State Bar No. 00787535
                                              Southern District No. 17283
                                              Attorney-in-Charge
                                        3200 Southwest Freeway, Suite 2000
                                        Houston, Texas 77027
                                        Telephone:    (713) 554-6744
                                        Fax:          (713) 583-7698
                                        cgilbert@thompsonhorton.com

                                        ATTORNEY FOR THE DEFENDANT

**OF COUNSEL:**

Ryan H. Newman
State Bar No. 24059944
Southern District No. 988075
**THOMPSON & HORTON LLP**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
Telephone:    (713) 554-6767
rnewman@thompsonhorton.com

---

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record through the Court's electronic filing system, on October 29, 2022:

Mr. Todd E. Webb
The Law Office of Todd E. Webb
4101 Greenbriar Suite 122E
Houston, Texas 77098
***Attorneys for the Plaintiffs***

  /s/ Christopher B. Gilbert
Christopher B. Gilbert