UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHANDRA JACKSON ON BEHALF OF | § | |
| MINOR CHILD JANE DOE, | § | |
| TATIAWNA JORDAN ON BEHALF OF | § | |
| MINOR CHILD JOHN DOE | § | |
| *Plaintiffs,* | § | |
| v. | § | C.A. No. 3:22-cv-00271 |
| | § | |
| CLEAR CREEK INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| *Defendant.* | § | |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Chandra Jackson on behalf of minor child Jane Doe and Tatiawna Jordan on behalf of minor child John Doe files this disclosure listing all persons and entities which have an interest in the outcome of this litigation, and which are known to the plaintiffs at this time:

**Plaintiffs:**

1. Chandra Jackson
   Minor Child Jane Doe
   May be contacted through counsel

2. Tatiawna Jordan
   Minor Child John Doe
   May be contacted through counsel

**Attorney for Plaintiffs**

3. Todd E. Webb
   The Law Office of Todd E. Webb
   Federal Admission No. 597748
   4101 Greenbriar Suite 122E
   Houston, Texas 77098
   713.529.4400 t

1

      713.529.4401 f
      todd@attorneytoddwebb.com

**Defendant:**

4.    Clear Creek Independent School District
      2425 East Main Street
      League City, Texas 77573
      281.284.0000

5.    Christopher B. Gilbert
      State Bar No. 00787535
      Southern District No. 17283
      cgilbert@thompsonhorton.com

6.    Ryan Ho. Newman
      State Bar No. 24059944
      Southern District No. 988075
      mewman@thompsonhorton.com
      **Thompson & Horton LLP**
      3200 Southwest Freeway, Suite 2000
      Houston, Texas 77027
      713.554.6744 t
      713.583.7698 f

Respectfully submitted,

**The Law Office of Todd E. Webb**

By:    /s/ *Todd E. Webb*
_____
Todd E. Webb
State Bar No 24033317
Southern District No. 597448
4101 Greenbriar Suite 122E
Houston, Texas 77098
713.529.4400 t
713.529.4401 f
todd@attorneytoddwebb.com

ATTORNEY FOR PLAINTIFFS

2

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record via the Court's electronic filing system on November 9, 2022.

/s/ *Todd E. Webb*

_____

Todd E. Webb