United States District Court
Southern District of Texas
**ENTERED**
July 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHANDA JACKSON ON BEHALF OF MINOR CHILD JANE DOE, *ET AL.*, | § § § § § § § § § | 3:22-cv-271 |
| V. | | |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | | |

# ORDER

Pursuant to the court's memorandum opinion, Dkt. 19, entered in this case granting the defendant's motion to dismiss, Dkt. 6, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 31st day of July, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE